M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JUN 25 A 9:33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WALTER AVERY 184038
Full name and prison name of
Plaintiff(s)

v.

Major Torbert
JCY Jones

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 3:07cv580 - MEF
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ NO ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☑ NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s) WALTER AVERY

Defendant(s) ELAINE Kirby

2. Court (if federal court, name the district; if state court, name the county)
Middle district of Alabama

Would Like To Recieve Address for
Supreme Courts.

3. Docket number Don't Know
4. Name of judge to whom case was assigned ~~Judge~~ (Dsnt know)
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) Don't Know
6. Approximate date of filing lawsuit ~~████~~ Dsnt Know
7. Approximate date of disposition did not recieve

II. PLACE OF PRESENT CONFINEMENT Lee County Detention facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Lee County detention facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Major Torbert | Lee Co. detention facility |
| 2. | Jay Jones | Lee Co. detention facility |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED June 5th 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I Recieved a Sentence of 12 months in Court and was held 13 months 4 days

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Upon being released on day of EOS major Torbert held me incarcerated for an additional month and 21 days. Saying I did not recieve my jail credit

GROUND TWO: My transcript read that I did recieve 144 days jail credit leaving 221 days to some

SUPPORTING FACTS: Officer Ausby carried me to the booking room on June 1st and showed me my transcript and my yellow sheet showing that my jail credit was recieved

GROUND THREE: 

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I onced ask that days be granted toward fines by have been released and arrested twice on fines. Would like to recieve moneys for loss of jobs and suffering and finish paying fines

_Walter Avery_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-21-07
             (Date)

_Walter Avery_
Signature of plaintiff(s)

MONTGOMERY AL 361
22 JUN 2007 PM
USA 41

WALTER AKER - (8408)
LOR2 X-Q ct
10893 7st
Opelika Al 36801

Office of Clerk
Po Box 711
MoNTGomery, Ala.
36101

36101+0711