3:07CV580

7-02-07

This is WALTER AVERY, AIS# 184038
I'm responding to the order and recommendation of the magistrate judge.

(1) Avery v. Camp, Civil Action No. 3:02-CV-81-WHA (M.D. Ala. 2002) I've never filed a complaint against Camp, if so may I purchase documents.

(2) Avery v. Brown, Civil Action No. 3:02-CV-82-MHT (M.D. Ala. 2002) I've never filed a complaint against Brown, if so may I purchase documents.

(3) Avery v. Kirby, et al Civil Action No. 3:06CV-960-WKW (M.D. Ala 2006). I filed complaint against Kirby but altercation was settled outside of courts, I wrote the courts in mont. of this fact.

— Objections to this Recommendation —
I filed complaint against Major Torbert and Sny Sayes in 2005 before the Kirby incident which is what seems to be missing from your court files.

IN Reviewing the Claims presented in the instant action by the courts in mont. the courts in Mont. is misunderstanding situation, they believes that or understands that the jail failed to award jail credit.

which is not the case. The jail credit was recieved. It is on documents (transcript and committal slips) that I recieved 144 days jail credit. The major torbert took actions himself for other incident and holding me in an isolations cell for 32 days after release date. which is Now even untill this day causing me personal and physical injury as well as my family. I've lost my job 3 times because of this very decision made by major torbert plus because I'm incarcerated for this fine for which should have been taken care of in 2005 after my release. AU had hold on me for fines but the days I stayed over did not benefit me in any way the Lee County jail has been releasing me on holds for AU in order to delay my communications with the Courts, even though I've sent mail to most of my address after releases, but never recieved any mail. My objection to the Reccommendation is filed upon grounds of manifest injustice.

This action by the jail is also or has compted my checking account being that I was taken off my job again

for fines in Al that Lee county has on document that have been settled. I have check dishonored by my bank because I failed to make deposit of work check 2 days after incarceration. 3 weeks later the check was returned. I know this is not your concern but this incident could have been avoided if only I could have recieved credit for the extra days toward fines which is all I asked for in 2005.

I also wrote to the lawyer of defendants (Webb & Eley, P.C.) in Mont.
I recieved this letter, on which I have never filed complaint against Sgt. Rodny Tabb, et al. I don't believe you have knoledge of this case. May I please recieve this letter back. I'm not able to recieve copies, Jail wont give me one.

Thank you
Walter _____

# WEBB & ELEY, P.C.

MICHAEL M. ELEY
* KENDRICK E. WEBB
CRAIG S. DILLARD
** DARYL L. MASTERS
FRANK E. BANKSTON, JR.
ROBBIE ALEXANDER HYDE
HOPE CURTIS

ATTORNEYS & COUNSELLORS AT LAW
7475 HALCYON POINTE DRIVE
POST OFFICE BOX 240909
MONTGOMERY, ALABAMA 36124

GARY L. WILLFORD, JR. †
C. RICHARD HILL, JR.
SCOTT W. GOSNELL *
ASHLEY HAWKINS FREEMAN
DANIEL D. FORDHAM
JOSEPH L. HUBBARD, JR.

TELEPHONE (334) 262-1850
FACSIMILE (334) 262-1889
E-MAIL: contactfirm@webbeley.com

*ALSO ADMITTED IN DISTRICT OF COLUMBIA
**ALSO ADMITTED IN FLORIDA
†ALSO ADMITTED IN CALIFORNIA

OF COUNSEL:
BART HARMON
KELLY GALLOPS DAVIDSON
WINTHROP E. JOHNSON

JAMES W. WEBB
(1930-2006)

June 18, 2007

Mr. Walter Avery, #184038
P. O. Box 2407
Opelika, AL 36801

[handwritten: I Never filed A Case against Sgt. Rodney Tabb.]

Re:   Walter Jamar Avery v. Sgt. Rodney Tabb, et al. (Lee County)

Dear Mr. Avery: [handwritten: I Asked for special report and final judgement in the Case. Avery V. Jones + torbert.]

I am in receipt of your letter of June 7, 2007 regarding the above-referenced matter. As [handwritten: I AM NOT Aware] you are aware, this case was resolved some time ago. It is our practice that, when a case is concluded, the file be closed and sent to storage. Your file, and the particular documents you seek, have received this treatment.

Should you wish to obtain a copy of the Order which was entered by the United States District Court for the Middle District of Alabama dismissing your case, a better route might be to either write to the Court itself, or to try to obtain a copy of the document through some type of online service, if this is available to you.

Sincerely,

Daryl L. Masters

DLM:rrr

[handwritten: Would Like to Receive This Letter BAck with Address for Supreme Courts if this Case, Avery V. Major Torbert and Jay Jones Does Not stand in your Courts]



WALTER AVERY
P.O. BOX 2487
OPELIKA, AL
36801

Office of Clerk
Middle district in Mont.
P.o.box 711
Mont, Ala. 36101