IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

WALTER JAMAR AVERY               *

    Plaintiff,                   *

        v.                        *          3:07-CV-580-MEF

MAJOR TORBERT, *et al.*,          *

    Defendants.                  *

_____

**ORDER**

For good cause, the Clerk is DIRECTED to furnish Plaintiff with a copy of the docket sheets in *Avery v. Camp*, Civil Action No. 3:02-CV-81-WHA (M.D. Ala. 2002), *Avery v. Brown*, Civil Action No. 3:02-CV-82-MHT (M.D. Ala. 2002), and *Avery v. Kirby, et al.*, Civil Action No. 3:06-CV-960-WKW (M.D. Ala. 2006).

Done, this 11th day of July 2007.

            /s/ Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE