IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WALTER JAMAR AVERY, #184038,   )<br>  )<br>　Plaintiff,　　　　　　　　　　 )<br>v.　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>MAJOR TORBERT, *et al.,*　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　Defendants.　　　　　　　　　 ) | CASE NO. 3:07-cv-0580-MEF<br>　　　　　WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on July 9, 2007 is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #3) entered on June 29, 2007 is ADOPTED;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 31st day of July, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE