IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| WALTER JAMAR AVERY, #184038, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  3:07-cv-0580-MEF |
| ) | WO |
| MAJOR TORBERT, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #4) to the Recommendation of the Magistrate Judge filed on July 9, 2007 is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #3) entered on June 29, 2007 is ADOPTED;

3. This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 31st day of July, 2007.

                                                /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE